ENTERED
03/25/2021

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re<br><br>GEOKINETICS INC., *et al.*,[1]<br><br>Debtors. | Bankruptcy Case<br>No. 18-33410<br>Chapter 11<br>(Jointly Administered) |
| MARK E. HOLLIDAY, LIQUIDATING TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>FLEETCOR TECHNOLOGIES, INC.,<br><br>Defendant. | Adv. Proc. No. 20-03219 (DRJ) |

**JUDGMENT BY DEFAULT** (Docket No. 9)

Upon consideration of the *Plaintiff's Motion for Entry of Default Judgment Pursuant to Federal Rule of Bankruptcy Procedure 7055* (the "**Motion**")[2]; and it further appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation thereon,

**NOW, THEREFORE, THE COURT HEREBY FINDS THAT:**

A. Notice of the Motion was adequate.

B. Sufficient legal and factual bases exist for the relief requested in the Motion.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Geokinetics Inc. (0082); Geokinetics USA, Inc. (0110); Geokinetics Processing, Inc. (9897); Geokinetics Holdings USA, Inc. (6645); Geokinetics International Holdings, Inc. (8468); Geokinetics International, Inc. (2143); Geokinetics Exploration, Inc.; and Advanced Seismic Technology, Inc. (9540).

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

C. The Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157(b)(2) and 1334.

D. Plaintiff has requested entry of default judgment and has filed a declaration of the amount due, which declaration states, upon information and belief, that Defendant is not in the military service and is not an infant or incompetent person.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Default Judgment is hereby entered against Defendant in favor of Plaintiff as to each count of the Complaint in the amount of $70,480.17 pursuant to Federal Rule of Civil Procedure 55(b)(2), made applicable to the Adversary Proceeding by Bankruptcy Rule 7055.

2. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Judgment.

3. Post judgment interest at the rate of .07% per annum shall accrue from the date of entry until paid.

**Signed: March 25, 2021.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

TRUE COPY I CERTIFY
ATTEST: August 03, 2021
NATHAN OCHSNER, Clerk of Court
By: *s/ Joseph Wells*
Deputy Clerk